■ In the Matter of SHEFA UNLIMITED, INC., et al., Appellants, v 544 PARK AVENUE REALTY, LLC, et al., Respondents. [758 NYS2d 508] —In a proceeding, inter alia, pursuant to CPLR article 75 to compel arbitration, the petitioners appeal from so much of an order of the Supreme Court, Kings County (Mason, J.), dated January 15, 2002, as granted that branch of the respondents' motion which was to vacate a prior order of the same court, dated June 11, 2001, compelling arbitration and remit the landlord-tenant dispute between the parties to the Civil Court.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court providently exercised its discretion in vacating its prior order compelling arbitration and remitting the matter to the Civil Court (*see Bellevue-Santiago v City Ready Mix,* 270 AD2d 441 [2000]; *56 Marquis v Mosello,* 239 AD2d 544, 545 [1997]; *Block v Block,* 153 AD2d 601 [1989]; 2 Carmody-Wait 2d, Motions and Orders § 8:125, at 512). S. Miller, J.P., Goldstein, Cozier and Mastro, JJ., concur.

■ In the Matter of JAHA SMITH, Appellant, v VALERIE GRAVES, Respondent. [758 NYS2d 506] —In a proceeding pursuant to Family Court Act article 6, the father appeals, as limited by his brief, from so much of an order of the Family Court, Kings County (Freeman, J.), entered December 17, 2001, as denied his petition to suspend his child support obligation.

Ordered that the order is affirmed insofar as appealed from, with costs.

Contrary to the father's contentions, he failed to establish that the mother deliberately frustrated or actively interfered with his visitation rights (*see Matter of Clum v Seksinsky,* 263 AD2d 507, 508 [1999]; *Matter of Vanderhoff v Vanderhoff,* 207 AD2d 494, 495 [1994]; *Weinreich v Weinreich,* 184 AD2d 505, 506 [1992]; *Resnick v Zoldan,* 134 AD2d 246, 247 [1987]). Therefore, the Family Court properly denied his petition seeking to suspend his child support obligation with respect to the parties' teenaged daughter.

The father's remaining contentions are without merit. S. Miller, J.P., Krausman, Luciano and Mastro, JJ., concur.